IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATE A. LINDELL,

    Plaintiff,

v.

CATHY JESS, et al.

    Defendants.

ORDER

Case No. 18-cv-895-wmc

NATE A. LINDELL and DION MATHEWS,

    Plaintiffs,

v.

JON E. LITSCHER, et al.

    Defendants.

ORDER

Case No. 18-cv-1021-wmc

On November 14, 2018, this court assessed plaintiff Nate Lindell an initial partial filing fee of $1.45 in case 18-cv-895-wmc. Now plaintiff has submitted a motion to waive the initial partial filing fee. In support of his motion, plaintiff submitted correspondence from the business office at his institution that says he has no money in his account. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fees, but will not assess initial partial filing fees in cases 18-cv-895 and 18-cv-1021. Even if this court ultimately determines that plaintiff's complaints cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains plaintiff's obligation for each case. *See* 28 U.S.C. § 1915A.

Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaints to determine whether any portion is frivolous

or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that,

1. The motion filed by plaintiff Nate A. Lindell for leave to proceed without prepayment of the filing fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints as required by the Prisoner Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, a separate order will issue.

Entered this 21st day of December, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge