IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATE LINDELL,

      Plaintiff,

v.

GARY BOUGHTON, *et al.*,

      Defendants.

OPINION AND ORDER

Case No. 18-cv-895-wmc

*Pro se* plaintiff Nate Lindell is proceeding in this lawsuit under 42 U.S.C. § 1983, against defendants Boughton, Brown, Gallinger, and Kartman, on Eighth Amendment claims for their alleged failure to protect him from being shanked on October 8, 2018, at the Wisconsin Secure Program Facility by another prisoner, Jesse Keith. The court held a telephonic final pretrial conference on October 25, 2021. Consistent with the court's rulings during that hearing,

It is ORDERED that:

1. Plaintiff Nate Lindell's spoilation motion (dkt. 223) is RESERVED, as explained during the hearing.

2. Plaintiff's renewed motion regarding footage (dkt. 226) is DENIED without prejudice.

3. The clerk of court is directed to CANCEL arrangements for Bobby Kimble's videoconference testimony.

4. The clerk of court is directed to arrange to the videoconference testimony of prisoner Vincent D. Whitaker on Tuesday November 2, 2021.

5. The clerk of court is directed to issue a writ of habeas corpus ad testificandum for the in-person testimony of prisoner Quenton Thompson, on November 1, 2021.

Entered this 25th day of October, 2021.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge